UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Cause No. 1:13-cr-0185-TWP-DML |
| JOSHUA DAY, | ) | - 15 |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION

On January 4, May 3, June 6, and 19, 2017, the Court held hearings on the Petition for Warrant or Summons for Offender Under Supervision filed on December 2, 2016 and Supplemental Petitions filed on December 28, 2016 and March 31, 2017. Defendant Day appeared in person with his appointed counsel Joseph Cleary. The government appeared by Cynthia Ridgeway, Assistant United States Attorney. U. S. Parole and Probation appeared by Officers Shelly McKee and Jason Phillips.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant Day of his rights and ensured he had a copy of the Petition and the Supplemental Petitions. Defendant Day orally waived his right to a preliminary hearing.

2. After being placed under oath, Defendant Day admitted violations 1, 11, and 13 as set forth in the Petition and the Second Supplemental Petition. [Docket Nos. 816 and 834.]

3. The allegations to which Defendant admitted, as fully set forth in the Petition and the Second Supplemental Petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"The defendant shall refrain from any unlawful use of a controlled substance."**<br><br>On June 9, 2016, Mr. Day provided a urine specimen which tested "diluted."<br><br>As previously reported to the Court, on February 12, and 17, 2015, Mr. Day provided urine specimens which tested positive for cocaine. He admitted using cocaine. In addition, upon reporting to the Volunteers of America on December 28, 2015, the offender provided a urine specimen which tested positive for cocaine and marijuana. Subsequent drug screens provided on January 12, 15, and 26, 2016, tested positive for marijuana. On February 26, 2016, the offender provided a urine specimen which tested positive for synthetic marijuana. |
| 11 | **"The Defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by law enforcement."**<br><br>On December 3, 2016, the offender had law enforcement contact regarding a traffic stop where he was observed driving without a seat belt, and was subsequently charged with driving with a suspended license. The offender failed to notify the probation officer of any law enforcement contact. |
| 13 | **"The defendant shall notify the probation officer at least ten days prior to any change in residence or employment."**<br><br>On February 23, 2017, Mr. Day's girlfriend informed this officer she was kicking the offender out of her residence effective that date, and he was not welcomed back. Mr. Day has not initiated any contact with this officer, provided any updated contact information, or notified this officer of a change of residence. As such, his whereabouts is [sic] unknown. |

4. Government orally moved to dismiss violations 2, 3, 4, 5, 6, 7, 8, 9, 10, and 12 and the court granted the same.

5. The Court finds that:

    (a) The highest grade of violation is a Grade B violation.

    (b) Defendant's criminal history category is I.

    (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 4 to 10 months' imprisonment.

5. Government argued for imprisonment and for immediate custody. Defendant argued for Volunteers of America and the ability to self-surrender.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the Petition and the Second Supplemental Petition, and recommends that Defendant's supervised release be revoked, and that Defendant be sentenced to the custody of the Attorney General or his designee for a period of six (6) months with no supervised release to follow.

The Defendant is released on current conditions of supervised release pending the District Judge's action on this Report and Recommendation. Defendant is to self-report upon designation by the Federal Bureau of Prisons.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge. The parties have fourteen days after being served a copy of this Report and Recommendation to serve and file written objections with the District Judge.

Dated: 19 JUN 2017

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office, United States Marshal